IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO M. ROBINSON,
ADC #108305                                                                                          PLAINTIFF

5:07CV00296-WRW/HDY

D. TUCKER, et al.                                                                                    DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss (DE #30) is hereby GRANTED, and defendants Blackmon and Collins are dismissed from plaintiff's complaint.

IT IS SO ORDERED this 13th day of February, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE