# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTONIO M. ROBINSON**                                                                                    **PLAINTIFF**

**V.**                                       **5:07-CV-00296 WRW/HDY**

**D. TUCKER,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed and the time for doing so has passed.

After consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Accordingly, Defendants' Motion for Entry of Judgment (Doc. No. 40) is DENIED.

IT IS SO ORDERED this 7th day of April, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE