IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO M. ROBINSON,
ADC #108305                                                                                          PLAINTIFF

v.                                              5:07CV00296-WRW/HDY

D. TUCKER, et al.                                                                               DEFENDANTS

## ORDER

Plaintiff's motions for reconsideration of the Court's February 5, 2008 and March 20, 2008 Orders (Doc Nos. 47, 56) are DENIED.

IT IS SO ORDERED this 24th day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE