IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO M. ROBINSON,
ADC #108305                                                                                          PLAINTIFF

v.                                        5:07CV00296 WRW

D. TUCKER, et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 12th day of June, 2008.


                                                                                                    /s/ Wm. R. Wilson, Jr._____
                                                                                                UNITED STATES DISTRICT JUDGE