IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO M. ROBINSON,
ADC #108305                                                                                        PLAINTIFF

v.                                            5:07CV00296 WRW

D. TUCKER, et al.                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 12th day of June, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE